UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAURIE ANN STOOKEY,<br><br>Defendant. | CR 20-100-BLG-SPW<br><br>**ORDER** |

Upon the Defendant's Unopposed Motion for Leave to File Document Under Seal (Doc. 32), and for good cause shown,

IT IS HEREBY ORDERED that the motion is **GRANTED**. The Clerk of Court shall file the lodged document under seal.

DATED this 1st day of March, 2021.

SUSAN P. WATTERS
U.S. District Court Judge